| | |
|---|---|
| BENJAMIN B. WAGNER | |
| United States Attorney | |
| MELANIE L. ALSWORTH | |
| Assistant United States Attorney | |
| 2500 Tulare Street, Suite 4401 | |
| Fresno, CA 93721 | |
| Telephone: (559) 497-4000 | |
| Facsimile: (559) 497-4099 | |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-000449 LJO SKO |
| Plaintiff, | MOTION AND ORDER TO UNSEAL INDICTMENT |
| v. | |
| ANTHONY MURUA | |
| Defendant. | |

The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the indictment under seal as the defendants have been arrested.

Based on the foregoing, the United States respectfully requests that the indictment be unsealed and made public record.

Dated: February 1, 2013                    BENJAMIN B. WAGNER
                                           United States Attorney


                                           /s/ Melanie L. Alsworth
                                           MELANIE L. ALSWORTH
                                           Assistant United States Attorney

Motion to Unseal Indictment                1

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | MELANIE L. ALSWORTH |
| 3 | Assistant United States Attorney<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-000449 LJO SKO |
|---|---|
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| ANTHONY MURUA | |
| Defendant. | |

This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public record.

IT IS SO ORDERED.

Dated: **February 1, 2013**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

Motion to Unseal Indictment                2