```
1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ANTHONY MURUA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-0449 LJO-SKO |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | ) | DATE: May 20, 2013 |
| ANTHONY MURUA, | ) | TIME: 1:00 P.M. |
| Defendant. | ) | JUDGE: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for April 15, 2013, **may be continued to May 20, 2013 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case. The defense was retained a forensic expert on this case and has scheduled a time to view the evidence. The expert will need time to evaluate the evidence and prepare a report. The parties would also like additional time to explore plea negotiations.

///

///

///

///

1  The requested continuance is with the intention of conserving time and resources for both parties and
2  the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests
3  of justice, including but not limited to, the need for the period of time set forth herein for
4  effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.
5  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 9, 2013    By:  /s/ Melanie Alsworth
                             MELANIE ALSWORTH
                             Assistant United States Attorney
                             Attorney for Plaintiff

                             JOSEPH SCHLESINGER
                             Acting Federal Defender

DATED: April 9, 2013    By:  /s/ Charles J. Lee
                             CHARLES J. LEE
                             Assistant Federal Defender
                             Attorney for Defendant
                             ANTHONY MURUA

## O R D E R

The parties' stipulated request for a continuance of the status conference is granted.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 9, 2013**              /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE