JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY MURUA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>ANTHONY MURUA,<br><br>    *Defendant.* | No. 1:12-cr-0449 LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE: June 17, 2013<br>TIME: 1:00 P.M.<br>JUDGE: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for May 20, 2013, **may be continued to June 17, 2013 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case. The case agent has agreed to meet the defense expert at the ATF Walnut Creek Lab on May 17, 2013, so that the physical evidence in the case may be examined. However, the expert report will not be completed by the currently set court date. Defense is requesting the additional time to be able to receive and evaluate the report, as well as to have the opportunity to have plea negotiations with the government.

///

///

1      The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 24, 2013     By:    /s/ Melanie Alsworth
MELANIE ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: April 24, 2013     By:    /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
ANTHONY MURUA

**O R D E R**

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 27, 2013**       /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE