HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY MURUA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:12-cr-0449 LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE HEARING |
| v. | ) DATE: August 19, 2013 |
| ANTHONY MURUA, | ) TIME: 1:00 P.M. ) JUDGE: Hon. Sheila K. Oberto |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for June 17, 2013, **may be continued to August 19, 2013 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case. The government intends to provide an offer this week. Defense will need additional time to review the offer with client and potentially making a counter-offer. The defense also has ongoing investigation it wishes to complete.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

///

effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 10, 2013   By:   /s/ Melanie Alsworth
MELANIE ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: June 10, 2013   By:   /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
ANTHONY MURUA

**O R D E R**

The parties' request to continue the hearing to August 19, 2013, is GRANTED. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 13, 2013**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE