BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California 93721
Telephone: (559) 459-0655
Fax: (559) 459-0656
email: tajfalaw@yahoo.com

Attorney for Anthony Murua

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12-cr-449 LJO SKO |
| ) | |
| ) | STIPULATION |
| Plaintiff, ) | AND ORDER |
| ) | TO CONTINUE |
| vs. ) | |
| ) | |
| ANTHONY MURUA, ) | DATE: September 30, 2013 Time: 1:00 p.m. |
| Defendant. ) | Hon: Sheila K. Oberto |

Barbara Hope O'Neill, the attorney of record for Anthony Murua, requests to continue the date for his third Status Conference. The attorney for the government, Melanie L. Alsworth, has no objection to the request.

The continuance is requested as Mr. Murua is extremely upset about the recent death of his father. He informed me that he is not able to make decisions regarding his case at this time. He is unable to discuss any plea agreements and needs some more time before his is able to consider how to proceed in his case.

It is requested that the Status Conference date be continued from September 30, 2013 at 1:00 p.m. to December 2, 2013, at 1:00 p.m. This date is agreeable with Ms. Alsworth.

It is further agreed between the parties that time shall be excluded from September 30, 2013 to December 2, 2013 for further investigation and plea negotiations.

Dated: September 24, 2013          Respectfully submitted,

/s/ Barbara Hope O'Neill
Barbara Hope O'Neill
Attorney for Anthony Murua

Dated: January 23, 2013          /s/ Melanie L. Alsworth,
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

Dated:   **September 26, 2013**              **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE